UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | NO.: 2:10-CR-63 |
| | ) | |
| QWINDEL JEROME PAGE | ) | |

ORDER

This criminal matter is before the Court to consider two Reports and Recommendations of the United States Magistrate Judge both dated October 23, 2012. In those Reports and Recommendations, the Magistrate Judge recommends that the defendant's motions to dismiss, [Docs. 39 and 43], be denied. [Docs. 69 and 70]. The defendant has filed objections to these recommendations. [Doc. 80].

After careful and *de novo* consideration of the record as a whole, and after careful consideration of the Reports and Recommendations of the United States Magistrate Judge, and for the reasons set out in those Reports and Recommendations which are incorporated by reference herein, it is hereby **ORDERED** that the defendant's objections are **OVERRULED**, that these Reports and Recommendations are **ADOPTED** and **APPROVED**, [Docs. 69 and 70], and that the motions to dismiss, [Docs. 39 and 43], be **DENIED**.

E N T E R:

                s/J. RONNIE GREER
               UNITED STATES DISTRICT JUDGE